UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20253-CR-ARTAU

UNITED STATES OF AMERICA,

     Plaintiff,

Vs.

RAIMUNDO ANTONIO ROCA-NARANJO,

     Defendant.

_____/

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

COMES NOW, Defendant, RAIMUNDO ANTONIO ROCA-NARANJO, by and through undersigned counsel, pursuant to 18 U.S.C. § 3142(c)(3) and the Court's continuing authority under the Bail Reform Act, and respectfully moves this Honorable Court for an order modifying the Defendant Roca-Naranjo's conditions of pretrial release to eliminate GPS electronic monitoring. In support thereof, Defendant states as follows:

1.     On or about June 16, 2025, the Court ordered Defendant Roca-Naranjo released on conditions pursuant to the Bail Reform Act, including continuous GPS electronic monitoring.

2.     Mr. Roca-Naranjo suffers from serious health issues which include a previous diagnosis of Parkinsons, as well as prostate cancer, for which he has been receiving on going medical care.

3.     Earlier this month, Mr. Roca-Naranjo was hospitalized at Kendall Regional Hospital regarding issues with his pacemaker and other ongoing medical health issues that are adversely affected by the GPS monitoring device.

4.     The GPS monitor has caused physical complications and interferes with the Defendant's ability to appropriately manage and receive medical care, creating unnecessary hardship and potential risk to the Defendant's health.

5.     While hospitalized at Kendall Regional Hospital, earlier this month, Mr. Roca-Naranjo had an unexpected surgical procedure to remove his gallbladder. As a result of this surgical procedure and debilitating health issues, Mr. Roca-Naranjo's doctors have postponed his scheduled prostate surgery until March 2026.

6.     Mr. Roca-Naranjo has fully complied with all conditions of pretrial release, including GPS monitoring, reporting requirements, and all court appearances. The Defendant has committed no violations while on pretrial supervision.

7.     The Defendant is not a flight risk and does not pose a danger to the community. The elimination of GPS monitoring will not undermine the objectives of pretrial supervision set forth in 18 U.S.C. § 3142.

8.     Less restrictive conditions remain sufficient to reasonably assure the Defendant's appearance and the safety of the community, consistent with the Bail Reform Act's requirement that conditions of release be the least restrictive necessary.

9.     If requested by the Court, the Defendant is prepared to submit appropriate medical documentation for in camera review or under seal to substantiate the medical basis for this request.

10.    Undersigned counsel has conferred with AUSA Jessica Massey regarding this motion, who has indicated that the government does not oppose the requested modification.

11.    All other conditions of pretrial release shall remain in full force and effect.

WHEREFORE, Defendant RAIMUNDO ANTONIO ROCA-NARANJO respectfully requests that this Honorable Court enter an order modifying the conditions of pretrial release by eliminating GPS electronic monitoring, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ ARTURO V. HERNANDEZ
**ARTURO V. HERNANDEZ P.A.**
FBN: 324078
2655 South Le Jeune Road
Suite 500
Coral Gables, Florida, 33134
Telephone: 305.579.4850
Email: avhlawpa@gmail.com

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion has been served to all parties via the CM/ECF system on this 26th day of December, 2025.

/s/ ARTURO V. HERNANDEZ
**ARTURO V. HERNANDEZ P.A.**