AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☒ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>the residence of<br>16161 NW 83rd Pl, Miami Lakes, FL 33016,<br>as described in Attachment A. | )<br>)<br>) Case No. 25-MJ-3161-LETT<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Southern    District of    Florida   
*(identify the person or describe the property to be searched and give its location):*

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    June 24, 2025    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Duty Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    June 10, 2025 at 10:15 p.m.       */s/ Enjoliqué A. Lett*
                                                                                         *Judge's signature*

City and state:    Miami, Florida       Honorable Enjoliqué A. Lett, United States Magistrate Judge
                                                                              *Printed name and title*

EXHIBIT B-1

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## ATTACHMENT A

*Property to be Searched*

The property to be searched is 16161 NW 83rd Pl, Miami Lakes, FL 33016. The location is a 3,554 square foot house on a 10,628 square foot lot with 4 bedrooms and 3 bathrooms and attached two car garage, including the curtilage of the residence, and any outbuildings and sheds. The numbers 16161 are displayed in large, visible numbers on the front of the house. In addition to the target residence/property, ~~all vehicles located on the premises at the time of the search that are owned, controlled, or used by the occupants of the premises~~. The vehicles known to be on the premises that are owned, controlled, or used by the occupants are a: (1) 2025 gray Land Rover, Florida license plate DI44BK; and (2) 2024 gray BMW i7, Florida license plate DI33FF. A photo of the **TARGET RESIDENCE** with the aforementioned vehicles is below:



Page 2 of 2

## ATTACHMENT B

*Property to be Seized*

1. The following items, located at the **TARGET RESIDENCE**, which constitute evidence, fruits, and instrumentalities of violations of 21 U.S.C. § 841 and 846 (possession with intent to distribute and conspiracy to distribute controlled substances), including:

   a) Controlled substances, to wit: cocaine, methamphetamines, heroin, fentanyl, and other Schedule I and II narcotics held in violation of 21 U.S.C. § 841(a)(1);

   b) Paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, for example: scales, funnels, sifters, grinders, shipping boxes, glass panes, mirrors, razor blades, plastic bags, heat-sealing devices, and dilutants such as mannitol, mannite, vitamin B12, etc.;

   c) Books, records, receipts, notes, ledgers, and other papers relating to the distribution of controlled substances;

   d) Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances;

   e) Cash, currency, and records relating to controlled substances income and expenditures of money and wealth, to-wit: money orders, wire transfers, cashier's checks and receipts, bank statements, passbooks, checkbooks, and check registers, as well as precious metals and gems such as gold, silver, diamonds, etc.;

f) Items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the premises that is the subject of this warrant, including but not limited to mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys;

g) Documents indicating travel in interstate and foreign commerce, to include airline tickets, notes and travel itineraries; airline schedules; bills; charge card receipts; hotel, motel, and car rental statements; rent or lease agreements, storage facility contracts, utility bills, or other documents demonstrating control over the premises; and papers relating to domestic and international travel;

h) Computers, computer media, cellphones, smartphones, or electronic storage devices that are attributable to **ROCA**; and

i) Records and information relating to the identity or location of the suspects in the drug trafficking organization.