7862528729_2025-05-19_19-16-01_0275_c59f0eb8d_synopsis.html

11/6/25, 12:15 PM

Incoming call from 1 (786) 397-0867 UM

Parties talk about a roosters and chickens.

[minimized]

Parties talk about a roosters and chickens.

[minimized]

Parties talk about a roosters and chickens.

[minimized]

Parties talk about a roosters and chickens.

[minimized]

ks



EXHIBIT

C

PENGAD 800-631-6989