UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20253-ARTAU

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAIMUNDO ANTONIO ROCA-NARANJO,

    Defendant.
_____/

## NOTICE OF SUBMISSION OF EXHIBITS and WITNESS LIST

COMES NOW, Defendant RAIMUNDO ANTONIO ROCA-NARANJO by and through his undersigned counsel and respectfully gives notice of the exhibits and witness list in support of his filed Motion to Suppress (DE 237) and Motion to Compel (DE 238):

### AMENDED EXHIBIT LIST

1. Certified Transcripts of Defendant's intercepted phone calls on May 21, and May 25, 2025.

2. Audios of recorded telephone calls May 21, and 25, 2025

3. FBI Synopsis of the May 25 call between Defendant Roca and Co-Defendant Bienvenido Rodriguez referring to "roosters" showing FBI interpretation of language as "Family came crossed".

4. 25 FBI minimized calls described as "non-pertinent" discussion regarding "roosters," including but not limited to, May 25 conversation by Co-defendant Bienvenido Rodriguez about roosters being "caged" and omitted previous context language "that roosters had escaped".

5. Three (3) videos depicting the execution of the search warrant at Defendant's home located at 16161 NW 83rd Place, Miami Lakes, Florida 33016 on June 11, 2025.

6. Photographs of damage to the Defendant's house.

7. Photographs of the bedroom closets.

8. Photographs of seized kilo packaging.

9. Four (4) affidavits in support of search warrants authored by SA Paszko and affidavit for the search of the Defendant's home.

10. Selection of affidavit passages reflecting alteration of language, omissions and misrepresentations.

11. United States Magistrate Judge's Recusal Order.

12. Photographs of various colors of roosters.

13. Telephone search warrant for Defendant's home signed on June 10, 2025.

14. Surveillance Reports of various locations from May 14 to June 11, 2025.

15. Daniel Rigmaiden's Report.

16. Certified CDR's for Roca family.

17. Chart of Missing Calls (See DE 280-1).

18. Chart of Correlation of Missing Calls and Surveillance (See DE 280-2).

19. Roca's May 21, 2025, I phone log.

## WITNESS LIST

20. Daniel Rigmaiden/expert (CV previously submitted).

21. Dr. Michael Powers/expert (CV previously submitted).

22. Anthony Roca/summary witness (chart creation and data collection).

Respectfully Submitted,

By: /s/ *Arturo V. Hernandez*
ARTURO V. HERNANDEZ, ESQ.
FBN: 0324078

/s/ RAMON A. HERNANDEZ,ESQ
FBN: 0101515
Gables International Plaza
2655 Lejeune Rd., Ste 524
Coral Gables, Fl. 33134
avhlawpa@gmail.com
Tel. (305)778-2971/(305)579-4850

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on the 4th day of March, 2026, the foregoing was filed pursuant to the Court's electronic filing system.

By: */s/ Ramon A. Hernandez*
RAMON A. HERNANDEZ, ESQ.